**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES | ) | |
| v. | ) | Docket No. 26-CR-30026-MGM |
| BARBARA A. HIRSHFIELD | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant, Barbara A. Hirshfield, in the above-captioned matter.

Respectfully Submitted,

Inga Bernstein (BBO #627251)
Zalkind Duncan & Bernstein LLP
2 Oliver Street, Suite 200
Boston, MA 02109
(617) 742-6020
Ibernstein@zalkindlaw.com

September 30, 2026