**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES | ) | |
| v. | ) | Docket No. 26-CR-30026-MGM |
| BARBARA A. HIRSHFIELD | ) | |

**DEFENDANT BARBARA A. HIRSHFIELD'S ASSENTED-TO MOTION TO CONTINUE SENTENCING**

Because she has recently retained new counsel to represent her at sentencing and that counsel needs time to fully come up to speed on this case, Defendant Barbara A. Hirshfield respectfully moves to continue the sentencing hearing, that is currently scheduled for 1:30 p.m. on January 7, 2027, to a date in March 2027 convenient to the Court. The Government assents to this motion. As grounds for this motion, Ms. Hirshfield states as follows:

1. Ms. Hirshfield recently retained undersigned counsel, who entered their appearances on September 30, 2026.

2. Predecessor counsel likewise only recently moved to withdraw, filing that motion on October 6, 2026.

3. Lead counsel, Attorney Inga Bernstein, is scheduled for an out-of-state trial during the first two weeks of January 2027, which conflicts with the current sentencing date.

4. A brief continuance will allow newly retained counsel to review the record and to prepare adequately for sentencing.

5. The government, through Assistant U.S. Attorney Steven Breslow, assents to this motion.

6. The requested continuance will not unfairly prejudice any party.

WHEREFORE, Ms. Hirshfield respectfully requests that the Court continue the sentencing hearing to a date in March 2027 convenient to the Court.

Respectfully submitted,
**BARBARA A. HIRSHFIELD**,
By her attorneys,

/s/ Inga Bernstein
Inga Bernstein (BBO #627251)
Jackson Estrin (BBO #717424)
Zalkind Duncan & Bernstein LLP
2 Oliver Street, Suite 200
Boston, MA 02109
(617) 742-6020
ibernstein@zalkindlaw.com
jestrin@zalkindlaw.com

Dated: October 23, 2026

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that counsel has conferred with Assistant U.S. Attorney Steven Breslow regarding this motion on October 23, 2026, and that [the government assents to the motion].

/s/ Jackson Estrin
Jackson Estrin

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 23, 2026.

/s/ Jackson Estrin
Jackson Estrin